# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DAVID DELANEY and SHERRY DELANEY, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and DOES 1-5, <br><br> Defendants. | Cause No.: CV-21-33-GF-BMM <br><br> **ORDER VACATING SETTLEMENT CONFERENCE** |

Upon the unopposed Motion of Defendant The Travelers Indemnity Company of America, notice having been provided that the parties have reached a settlement, and for good cause appearing,

IT IS HEREBY ORDERED that the settlement conference set for 9:00 a.m. on October 22, 2024, at the Missouri River Federal Courthouse, Great Falls, Montana, is VACATED. The parties shall file a stipulation to dismiss with prejudice within 30 days from the date of this Order.

DATED this __15th__ day of __October__, 2024.

_____
John Johnston
United States Magistrate Judge